**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: October 27, 2010**

_____

BK1008037
MNL

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT DAYTON

IN RE:                                              Case No. 08-34641

Tammy L. McFarland                                  Chapter 13
                                                     Judge Humphrey
                        Debtor

                                                    **ORDER FOR RELIEF FROM STAY AND
                                                    CO-DEBTOR STAY OF U.S. BANK, N.A.
                                                    BY AND THROUGH U.S. BANK HOME
                                                    MORTGAGE ITS SERVICER
                                                    (PROPERTY ADDRESS: 750 TRINA
                                                    AVENUE DAYTON, OH 45449)
                                                    (DOCKET #47)**

        This matter came to be considered on the Motion for Relief From Stay and Co-Debtor Stay

of Daniel B. Sanders (name of co-debtor) (the "Motion") filed by U.S. Bank, N.A. by and through

U.S. Bank Home Mortgage its servicer ("Movant") on September 28, 2010 as Pacer Document #47

for the property located at 750 Trina Avenue  Dayton, OH 45449.

        Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel

for Debtor, the Chapter 13 Trustee, and all necessary parties were served with the Motion as indicated on the Certificate of Service attached to said Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS THEREFORE ORDERED:**

1.      The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code and the co-debtor stay imposed by Section 1301 of the Bankruptcy Code, are terminated with respect to Movant, its successors and/or assigns.

2.      The Chapter 13 Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor.


**SO ORDERED**


/s/ Ronald C Taylor
Ronald C Taylor, Case Attorney
Bar Registration No.0083298
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
Email: sohbk@lsrlaw.com


COPIES TO:

DEFAULT LIST

US Bank - Creditor
5th & Walnut Street
Cincinnati, OH 45202
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###